# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 DEC -8 AM 10:06
CLERK
SO. DIST. OF GA.

PATRICIA DIANE COLWELL, )
)
    Claimant, )
)
v. ) Case No. CV609-073
)
MICHAEL J. ASTRUE, )
*Commissioner of Social Security,* )
)
    Defendant. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 8th day of December, 2010.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA